# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2017

### NO. 03-16-00800-CV

**Paul D. Agarwal and Karen Natoli Maxwell, Appellants**

**v.**

**Guy Villavaso; Larry Foles; GVMF Management, Inc.;
and Newport Wildfish, GP, Inc., Appellees**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on October 20, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment.  Appellants shall pay all costs relating to this appeal, both in this Court and the court below.